IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ***E-FILED - 1/22/08*** |
|---|---|
| Plaintiff, | CASE NO.: CR-02-20022-RMW |
| v. | ORDER ON REMAND PER *AMELINE* |
| ALEX CABALLERO, aka Alexis Caballero, Alex Ala Caballero, | |
| Defendant. | |

This matter was remanded to this court pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084-85 (9th Cir. 2005) to determine whether the sentence imposed on Alex Caballero would have been materially different had the court known that the Guidelines were advisory. Counsel were invited to submit briefs to assist the court in answering that question and have now done so. The court has reviewed counsels' input and reviewed the record. The court is satisfied that the sentence imposed would not have differed materially had it been aware that the Guidelines were advisory. Therefore, the sentence previously imposed stands and there is no need for a further hearing.

DATED: January 22, 2008

*Ronald M. Whyte*

Ronald M. Whyte
United States District Judge

ORDER ON REMAND PER *AMELINE*
NO. CR-02-20022-RMW
rmw:jc

Copy of Order E-Filed and Mailed to:

Gary Fry
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

James W. Ramsaur, Esq.
Chapuis & Ramsaur
440 Grand Avenue, Suite 200
Oakland, CA 94610

Alex Caballero
#99685-11
Lompoc USP
3901 Klein Blvd.
Lompoc, CA 93436

Office of the Clerk
United States Supreme Court
1 First Street, N.E.
Washington, D.C. 20543

Soliciter General of the United States
Department of Justice
Washington, D.C. 20530

Clerk of the Court
Ninth Circuit Court of Appeals
95 - Seventh Street
San Francisco, CA 94103

Ms. Barbara J. Valliere
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102